**Commonwealth of Massachusetts**
**Haverhill District Court**
45 Ginty Boulevard
Haverhill, MA 01830
(978) 521-7300

**A TRUE COPY ATTEST**

*[signature]*

DEPUTY SHERIFF
Middlesex County
9-10-15
**DATE OF SERVICE**

KATHERINE FROST
_____,
PLAINTIFF(S),

CIVIL NO.

V.

SUMMONS

KELLY SERVICES, INC and
_____,
DEFENDANT(S)
MCGRAW HILL FINANCIAL, INC.

THIS SUMMONS IS DIRECTED TO   Kelly Services, Inc.   .

1. **This Notice is to inform you that you are being sued.** A Plaintiff has begun a lawsuit against you. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the District Court. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money.

2. **You must respond within 20 days to protect yours rights.** In order to protect your rights you must deliver or mail **a written response** called an "Answer" to "Clerk's Office for Civil Business, Haverhill District Court, 45 Ginty Boulevard, Haverhill, MA 01830" **and** to the individual who filed the Complaint within 20 days from the date on which you received this Summons, or within 20 days of the date on which the Summons was delivered to you,

**whichever is earlier.** The individual who filed this lawsuit is   Thomas J. Gleason, Esquire
_____
(name of Plaintiff's attorney or pro se Plaintiff)
with an address at 163 Merrimack Street, Haverhill, MA 01830.

3. **Your Answer must respond to each claim made by the Plaintiff.** Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether one (or more) of the statements made in the Plaintiff's Complaint is true. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

4. **You must list any reason why you should not have to give the Plaintiff what the Plaintiff asks for.** If you have any reasons why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

5. **You will likely lose this case if you do not send an Answer to the Court and the Plaintiff.** If you do not mail or deliver the Answer within 20 days, you will likely lose this case. You will have no opportunity to tell your side of the story, and the Court may order that the Plaintiff receive everything requested in the Complaint. The Court may order that the Plaintiff

Rev. 2/2015

may take your property and/or wages. If you respond to the Complaint and appear at the hearing, you will get an impartial hearing by a judge. Even if you choose to discuss this matter with the Plaintiff (or the Plaintiff's lawyer), you should still send your Answer within 20 days. Even if you file an Answer, you can still reach an agreement with the Plaintiff.

6. **Legal Assistance.** You may wish to get legal help from a lawyer. **If you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.** You may also obtain information at www.mass.gov/courts/selfhelp.

7. **You can also sue the Plaintiff.** You may be able to get money or other relief from the Plaintiff. If you believe the Plaintiff owes you money or harmed you in some way related to the subject matter of the Plaintiff's Complaint, you must describe that in your Answer. If you do not include these claims (called "Counterclaims") in your written response, **you may lose your ability to sue the Plaintiff** about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Answer.

8. **You or your attorney must attend all court hearings.** If you send your Answer to the Court and the Plaintiff, you will protect your rights. The Court will send you a notice telling you the date, time, and place of an impartial hearing before a judge. The judge will hear both sides of any arguments and schedule any additional hearings.

9. **Note:** The docket number appearing on the front of this notice must appear on the front of your Answer.

Witness Hon. Stephen S. Abany, First Justice on September 1 , 20 15 .

(SEAL)

Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## RETURN OF SERVICE
(for use by person making service)

On _____, 20____, I served a copy of the within summons, together with a copy of the Complaint in this case, upon the named defendant in the following manner:

_____
(signature)

_____
(name and title)

_____
(address)

Rev. 2/2015

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                                                    DISTRICT COURT
                                                             NO.

```
                                    )
KATHERINE FROST,                    )
      Plaintiff                     )
                                    )
                                    )
vs.                                 )        COMPLAINT FOR DAMAGES
                                    )        (Jury Trial Demanded)
KELLY SERVICES, INC. and            )
MCGRAW HILL FINANCIAL,              )
INC.,                               )
      Defendant.                    )
                                    )
```

1.  At all times material and relevant herein, the plaintiff was a person residing at 16 Crescent Street, Bradford, Essex County, Massachusetts.

2.  At all times material and relevant herein, the defendant Kelly Services, Inc. ("KELLY") was a corporation duly organized and existing under the laws of Delaware with a usual place of business located at 1 New England Executive Park, Burlington, Middlesex County, Massachusetts.

3.  At all times material and relevant herein, the defendant McGraw Hill Financial, Inc. ("MCGRAW HILL") was a corporation duly organized and existing under the laws of New York with a usual place of business located at 55 Water Street, New York, NY.

4.  The plaintiff was hired by KELLY as an employee in January, 2014.

5.  Upon hiring, KELLY assigned the plaintiff to work at MCGRAW HILL at their facility in Bedford, Massachusetts. The term of her assignment with MCGRAW HILL was for one (1) year.

6.  In September, 2014, the plaintiff sought and received an Abuse Prevention Order, pursuant to M.G.L. c. 209A, from a Massachusetts District Court.

7.  During the process of obtaining the Order, the plaintiff made the defendant's aware that she was seeking the Order and would consequently be required to appear at Court proceedings which would necessitate her being absent from work.

8.  After the plaintiff obtained the Abuse Prevention Order, she was informed that her involvement in the situation presented too much of a risk to other employees and she was

1

terminated by MCGRAW HILL. KELLY, thereafter, did not contact the plaintiff for reassignment.

9. The plaintiff believes she was terminated from her employment with the defendants in September, 2014 solely due to the fact that she had sought and obtained an Abuse Prevention Order.

## COUNT ONE FOR BREACH
## OF CONTRACT

10. The plaintiff realleges, as though fully set forth, all allegations set forth above in paragraphs 1-9 and incorporates the same herein by reference as though fully set forth.

11. The plaintiff believes that the actions of the defendants, as set forth above, constitutes a breach of the contractual agreement between the parties.

12. As a result of the defendants actions, the plaintiff has experienced general and consequential damages, which include, but are not limited to, the amount of funds she was owed pursuant to the contract.

## COUNT TWO FOR WRONGFUL
## TERMINATION

13. The plaintiff realleges, as though fully set forth, all allegations set forth above in paragraphs 1-9 and incorporates the same herein by reference as though fully set forth.

14. The plaintiff believes that actions of the defendants, as set forth above, constitutes a termination from employment in violation of the public policy of the Commonwealth of Massachusetts, said public policy to be found at M.G.L. c. 149, Section 52E.

15. As a direct and proximate result of the defendants' actions, the plaintiff has experienced damages, which include, but are not limited to, severe emotional and psychological distress, a loss of wages and benefits and a diminished earning capacity, a future loss of wages and benefits, expenses for medical treatment and care, and attorney's fees and costs.

## COUNT THREE FOR VIOLATION
## OF M.G.L. CHAPTER 149, SECTION 52E

16. The plaintiff realleges, as though fully set forth, all allegations set forth above in paragraphs 1-9 and incorporates the same herein by reference as though fully set forth.

17. The plaintiff believes actions of the defendants, as set forth above, constitutes a violation of Massachusetts statutory law, specifically M.G.L. c. 149, Section 52E.

WHEREFORE, the plaintiff prays for judgment in her favor, including an award of damages, plus interests, litigation costs, expert witness fees, and attorney's fees, and such other and further relief as the Court deems appropriate.

DATED: 08/13/15                          RESPECTFULLY SUBMITTED
                                         FOR THE PLAINTIFF
                                         BY HER ATTORNEY


                                         Thomas J. Gleason, Esquire
                                         GLEASON LAW OFFICES, P.C.
                                         163 Merrimack Street
                                         Haverhill, MA 01830
                                         (978) 521-4044
                                         BBO# 547134

                                         (Jury Trial Demanded)

3

| STATEMENT OF DAMAGES<br>St. 1996, c. 358, s.5 | DATE FILED(To be added by Clerk) | Docket Number (To be added by Clerk) | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|---|

| PLAINTIFF(S)<br>Katherine Frost | DEFENDANT(S)<br>Kelly Services, Inc. and McGraw Hill Financial, Inc. |
|---|---|

| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES IN BERKSHIRE, ESSEX, MIDDLESEX AND NORFOLK COUNTIES. | HAVERHILL DISTRICT COURT |
|---|---|

| TORT CLAIMS | AMOUNT |
|---|---|
| A.  Documented medical expenses to date: | $ |
|   1.  Total hospital expenses: | $ |
|   2.  Total doctor expenses: | $ |
|   3.  Total chiropractic expenses: | $ |
|   4.  Total physical therapy expenses: | $ |
|   5.  Total other expenses (Describe): | $ |
| SUBTOTAL: | $ |
| B.  Documented lost wages and compensation to date: | $ |
| C.  Documented property damages to date: | $ |
| D.  Reasonably anticipated future medical and hospital expenses: | $ |
| E.  Reasonably anticipated lost wages: | $ |
| F.  Other documented items of damage (Described): | $ |
| G.  Brief description of Plaintiff's injury, including nature and extent of injury (describe):<br><br>For this form, disregard or treble damage claims; indicate single damages only.<br>TOTAL: | $ |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): | $ |
| Breach of contract, employment, lost wages and emotional distress | $ |
| | $ |
| For this form, disregard double or treble damage claims; indicate single damages only.<br>TOTAL: | 50,000.00 (est.)<br>$  50,000.00 (est.) |

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):

_____

Signature                                    Date

Thomas J. Gleason                       547134
Print or Type Name                     B.B.O. #

163 Merrimack Street, Haverhill, MA 01830   978-521-4044
Address

DEFENDANT'S NAME AND ADDRESS:

Kelly Services, Inc., 1 New England Executive Park, Burlington MA, 01805

McGraw Hill Financial, Inc., 55 Water Street, New York, NY 10007

COMMONWEALTH OF MASSACHUSETTS
HAVERHILL DISTRICT COURT

|  |  |  |
|---|---|---|
| KATHERINE FROST, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. ___ |
| v. | ) | |
| | ) | |
| KELLY SERVICES, INC., AND | ) | |
| MCGRAW HILL FINANCIAL, | ) | |
| INC. | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT KELLY SERVICES, INC'S ASSENTED-TO MOTION TO EXTEND TIME

Pursuant to Mass. R. Civ. P. 6, Defendant Kelly Services, Inc. ("Defendant") hereby moves to extend the time in which it may respond to the Complaint until October 15, 2015.   As grounds for this motion, Defendant states as follows:

1.    Plaintiff Katherine Frost ("Plaintiff") filed the instant Complaint on or around August 13, 2015.

2.    Plaintiff served Defendant on September 10, 2015.

3.    Defendant requires additional time to review the allegations set forth in the Complaint and to prepare its response.

4.    Prior to the responsive pleading deadline of September 30, 2015, counsel for Defendant conferred with counsel for Plaintiff, who provided his assent to an extension of the responsive pleading deadline until October 15, 2015.

5.    This is the first request for an extension made by Defendant.

WHEREFORE, Defendant requests that the Court grant its assented-to motion and permit it to file its responsive pleading on or before October 15, 2015.

Respectfully submitted,

KELLY SERVICES, INC.

By its attorneys,

Laura E. Ogden (BBO# 663070)
logden@morganbrown.com
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA   02109-2605
(617) 523-6666

Dated: October 5, 2015

## CERTIFICATE OF SERVICE

I, Laura E. Ogden, certify that this document was served upon counsel for Plaintiff, Thomas J. Gleason, Esq., 163 Merrimack Street, Haverhill, MA 01830, by U.S. Mail this 5th day of October, 2015.

Laura E. Ogden

2

| ORDER | DOCKET NUMBER<br>1538CV000365 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

CASE NAME   Katherine Frost v. Kelly Services, Inc.

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Laura E Ogden, Esq.<br>Morgan Brown & Joy<br>200 State Street<br>Boston, MA 02109 | Haverhill District Court<br>45 James P. Ginty Blvd.<br>Haverhill, MA 01830 |

## ORDER

Defendant Kelly Services, Inc. deadline to file responsive pleading extended to 10/15/15

upon ALLOWANCE of assented to motion

## NOTICE OF ENTRY OF ORDER

This Order has been entered on the docket on the "Date Order Entered" shown below and this notice is being sent to all parties.

| DATE ISSUED | JUDGE ISSUING ORDER | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| October 6, 2015 | STEPHEN S ABANY | Doris A Stanziani |