UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE FROST,<br>    Plaintiff<br><br>vs.<br><br>KELLY SERVICES, INC. and<br>MCGRAW HILL FINACIAL,<br>INC.,<br>    Defendant. | Civil Action No.: 1:15-cv-13543-RWZ |

## **STIPULATION OF DISMISSAL**

NOW COMES the parties in the above entitled action, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that all claims of said action, as to McGraw Hill Financial, Inc. be dismissed with prejudice waiving all rights of appeal, each party to bear their own costs.

Dated: 8/12/2016

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT,
MCGRAW HILL FINACIAL, INC.
BY IT'S ATTORNEY,

_____
Rebecca J. Sivitz, Esquire
PROSKAUER ROSE, LLP
One International Place, 22nd Floor
Boston, MA 02110
(617) 526-9600
B.B.O. Reg. No.: 684374
rsivitz@proskauer.com

FOR THE PLAINTIFF,
KATHERINE FROST
BY HER ATTORNEY,

_____
Thomas J. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044
B.B.O. Reg, No.: 547134
tom@gleasonlawoffices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016, the foregoing document was filed with the Clerk of Court using the ECF system, which will electronically notify all registered participants as identified on the Notice of Electronic Filing (NEF).

                                             */s/ Rebecca J. Sivitz*
                                                 Rebecca Sivitz