UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__KATHERINE FROST__
        **Plaintiff**

CA 15CV13543-RWZ

**V.**

__KELLY SERVICES, INC.__
        **Defendant**

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered on 9/27/16 ; Judgment is entered for DEFENDANT.

                                    **By the Court,**

__9/28/16__                                               s/ Lisa A. Urso
**Date**                                                   **Deputy Clerk**